# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00016-CV

**Frenkis Capriccio, Inc. and Gentjan Behaj, Appellants**

**v.**

**Performance Food Groups, Inc. d/b/a Roma Dallas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-007204, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Frenkis Capriccio, Inc. and Gentjan Behaj have informed this Court that they no longer wish to pursue this appeal and have filed a motion to dismiss it. Appellants' counsel states that he has conferred with counsel for appellee Performance Food Groups, Inc. d/b/a Roma Dallas, which does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed:   February 6, 2015